IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cr-00212-MHT |
| | ) | (WO) |
| TIEWANE MARQUIS PROVO | ) | |

**FINAL ORDER OF FORFEITURE**

Before the court is the government's motion for a final order of forfeiture (Doc. 48) filed on November 16, 2026.

On August 27, 2026, this court entered a preliminary order of forfeiture (Doc. 27) ordering the defendant to forfeit his interest in a Rossi, model M885, .38 special caliber revolver, bearing serial number W206460, and ammunition.

Notice of this forfeiture, and of the government's intent to dispose of the property in accordance with the law as specified in the preliminary order of forfeiture, and further notifying all third parties of their right to petition the court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the property, was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. *See* Decl. of Publication (Doc. 44). On September 1, 2026, notice of the forfeiture was served on Christy Isenhour Sword. *See* Process Receipt and Return (Doc. 28).

On September 25, 2026, Christy Isenhour Sword informed the government of her claim of ownership and right of possession to the Rossi, model M885, .38 special caliber revolver, bearing serial number W206460, and has provided a copy of a police report showing she reported the firearm stolen to the Oxford Police Department on January 16, 2023. Ms. Sword is the original

purchaser of the firearm and is not prohibited from possessing a firearm. The government acknowledges Ms. Sword's ownership rights and agrees that it is in the interest of justice to return the firearm to her.

The court finds that the defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461, and that the government has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. § 922(g)(1).

Accordingly, it is hereby ORDERED that the government's motion for a final order of forfeiture is granted as follows:

1. The Rossi, model M885, .38 special caliber revolver, bearing serial number W206460 shall be returned to Christy Isenhour Sword by the Bureau of Alcohol, Tobacco, Firearms and Explosives, Middle District of Alabama.

2. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461: **ammunition.**

3. All right, title, and interest to/in the property described in paragraph 2 above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

4. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

DONE, this the 24th day of November, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE